# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In Re:  
　　　　　　　　　　　　　　　　　　　　　　Case No. 08-64473  
　　　　　　　　　　　　　　　　　　　　　　Chapter 11  
　　　　　　　　　　　　　　　　　　　　　　Hon. Phillip J. Shefferly  
JORDAN MIRCH,

　　　Debtor.  
_____/

GREGORY MOORE,　　　　　　　　　　　　　Adversary Proceeding

　　　Plaintiff,　　　　　　　　　　　　　File No. 08-05375

v.

JORDAN MIRCH,

　　　Defendant.  
_____/

## ORDER RE: SETTLEMENT OF ADVERSARY PROCEEDING

　　　Upon reading and filing the Stipulation of the parties for Entry of Order Re: Settlement of Adversary Proceeding; and the Court being fully advised in the premises;

　　　IT IS HEREBY ORDERED that the claim of Plaintiff Gregory Moore against Debtor Jordan Mirch in the current amount of TWENTY SEVEN THOUSAND FIVE HUNDRED and 00/100 DOLLARS shall be nondischargeable.

　　　IT IS FURTHER ORDERED that entry of this Order settles this Adversary Proceeding.

.

**Signed on January 27, 2009**
　　　　　　　　　　　　　　　　**___ _/s/ Phillip J. Shefferly _ __**
　　　　　　　　　　　　　　　　**Phillip J. Shefferly**

United States Bankruptcy Judge